# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JACQUELINE D. HAWKINS,　　　　　　　）
　　　　　　　　　　　　　　　　　　　）
　　　　　　Plaintiff,　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　）
　　　　v.　　　　　　　　　　　　　　）　　Civil Action No. 14-2024 (RJL)
　　　　　　　　　　　　　　　　　　　）
CAPITOL PETROLEUM GROUP, *et al.*,　）
　　　　　　　　　　　　　　　　　　　）
　　　　　　Defendants.　　　　　　　　）
　　　　　　　　　　　　　　　　　　　）

**FILED**

**JAN 3 0 2015**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## MEMORANDUM OPINION

January 39st, 2015

This matter has come before the Court on defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment [ECF No. 9]. In its December 18, 2014 Order [ECF No. 10], the Court advised plaintiff of her obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion, and specifically warned plaintiff that, if she did not respond to the motion by January 16, 2015, the Court would treat the motion as conceded.

To date, plaintiff has neither filed an opposition to the motion, nor requested more time to file her opposition. Further, plaintiff has not advised the Court of any change of address. The Court, therefore, will treat the motion as conceded and will dismiss this action.

An Order accompanies this Memorandum Opinion.

RICHARD J. LEON
United States District Judge